1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONNIE MANUEL ARELLANO,

11             Plaintiff,                    No. CIV S-07-2217 WBS DAD P

12        vs.

13   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
14
          Defendants.                FINDINGS & RECOMMENDATIONS
15   _____/

16             By order filed December 10, 2008, plaintiff's second amended complaint was

17   dismissed and thirty days leave to file a third amended complaint was granted.  The thirty day

18   period has now expired, and plaintiff has not filed a third amended complaint or otherwise

19   responded to the court's order.

20             Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

21   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

22             These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

24   days after being served with these findings and recommendations, plaintiff may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

                                        1

1  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: January 26, 2009.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   arel2217.fta(2)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2